835 A.2d 706

**COMMONWEALTH of Pennsylvania,** Respondent,

v.

**Ricky Dean WHITNEY,** Petitioner.

Supreme Court of Pennsylvania.

Nov. 12, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of November, 2003, the above-captioned Petition for Allowance of Appeal is hereby granted, the order of the Superior Court is reversed, *see Commonwealth v. Liebel,* 573 Pa. 375, 825 A.2d 630 (2003), and the matter is remanded to the Court of Common Pleas of Adams County to hold an evidentiary hearing on the timeliness of Petitioner's petition filed pursuant to the Post–Conviction Relief Act, 42 Pa.C.S. §§ 9541–9546.

Justice SAYLOR dissents.